The People of the State of New York, Respondent, v. Robert Maher, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered May 27, 1960, convicting him, on his plea of guilty during trial, of attempted burglary in the third degree, and sentencing him, as a second felony offender, to serve a term of 2½ to 5 years. The sole

contention made by defendant is that it was error to deny his request for leave to withdraw his plea of guilty. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.